United States District Court
District of Massachusetts

| | |
|---|---|
| Amy Huber,<br><br>     Plaintiff,<br><br>     v.<br><br>Gerhard Huber, et al.,<br><br>     Defendants. | Civil Action No.<br>20-12152-NMG |

**ORDER**

GORTON, J.

    Plaintiff has filed an emergency motion for reconsideration of this Court's denial of her <u>ex parte</u> motion for a temporary restraining order (Docket No. 8). Her claim that this Court erred is, however, respectfully deemed to be without merit and unsupported by caselaw. See <u>Kelly</u> v. <u>Riverside Partners, LLC</u>, 397 F. Supp. 3d 75, 85 (D. Mass. 2019) (federal courts are, by definition, not "courts of" the state in which they are situated (and collecting cases in which several courts conclude the same)).

    Plaintiff further asserts that enforcement of the forum selection clause to which she voluntarily agreed would be unreasonable and unjust. She fails to address, however, the question of why she cannot obtain in state court the exact relief sought here.

Plaintiff's emergency motion for reconsideration (Docket No. 14), is therefore **DENIED**.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated January 7, 2021